United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jane Doe | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-1828 |
| | § | |
| CoreCivic, Inc. f/k/a Corrections | § | |
| Corporation of America; CoreCivic of | § | JUDGE CHARLES ESKRIDGE |
| Tennessee, LLC; CoreCivic TRS, LLC; | § | |
| CoreCivic, LLC; Prison Realty Management, | § | |
| LLC; TransCor America, LLC; Trinity | § | |
| Services Group, Inc. a/k/a Trinity Corrections | § | |
| Services, Inc.; Robert Lacy, Jr.; David Price; | § | |
| Assailant 1; Assailant 2; Assailant 3; and the | § | |
| United States of America | § | |
| | § | |
| *Defendants* | § | |

**ORDER**

The Court has reviewed Plaintiff's and CoreCivic Defendants'[1] Stipulated Motion to Extend Deadline to Respond to Plaintiff's Complaint, and finding good cause exists, the Court rules that:

The Stipulated Motion to Extend Deadline to Respond to Plaintiff's Complaint is GRANTED, and CoreCivic Defendants shall file their Response to Plaintiff's Complaint on or before July 14, 2020.

SO ORDERED.

Signed on ____June 29, 2020____, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

---

[1] CoreCivic, Inc; CoreCivic of Tennessee, LLC; CoreCivic TRS, LLC; CoreCivic, LLC; Prison Realty Management, LLC; TransCor America, LLC; Robert Lacy, Jr.; and David Price.