United States District Court
Southern District of Texas

**ENTERED**

June 29, 2020

David J. Bradley, Clerk

**IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Jane Doe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:20-cv-1828 |
| ) | |
| CoreCivic, Inc. f/k/a Corrections; ) | |
| Corporation of America; ) | |
| CoreCivic of § Tennessee, LLC; ) | |
| CoreCivic TRS, LLC; CoreCivic, LLC; ) | |
| Prison Realty Management, LLC; ) | |
| TransCor America, LLC; ) | |
| Trinity Services Group, Inc. a/k/a ) | |
| Trinity Corrections Services, Inc.; ) | |
| Robert Lacy, Jr.; David Price; ) | |
| Assailant 1; Assailant 2; Assailant 3; and ) | |
| the United States of America, ) | |
| ) | |
| Defendants. ) | |

## ORDER EXTENDING TRINITY SERVICES GROUP, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Trinity Services Group, Inc.'s Stipulated Motion to Extend the

Deadline to Respond to Plaintiff's Complaint.

The Court finds the Motion to be well taken and it is therefore **GRANTED**.

It is **ORDERED** that Defendant Trinity Services Group, Inc.'s deadline to respond to

Plaintiff's Complaint is **July 14, 2020**.



JUDGE PRESIDING

626844.1