UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▼ | Case Number | 4:20-cv-01828 |
|---|---|---|---|---|

Jane Doe

*versus*

CoreCivic, Inc. f/k/a Corrections Corporation of America; CoreCivic of Tennessee, LLC; CoreCivic TRS, LLC; CoreCivic, LLC; Prison Realty Management, LLC; TransCor America, LLC; Trinity Services Group, Inc. a/k/a Trinity Corrections Services, Inc.; Robert Lacy, Jr.; David Price; Assailant 1; Assailant 2; Assailant 3; and the United States of America

| | |
|---|---|
| Lawyer's Name | Morgan A. McPheeters |
| Firm | McPheeters Law, PLLC |
| Street | 4447 N. Central Expy, Ste. 101, #158 |
| City & Zip Code | Dallas, Texas 75205 |
| Telephone & Email | (469) 862-8233 <br> morgan@mcpheeterslaw.com |
| Licensed: State & Number <br> Federal Bar & Number | TX Bar # 24081279; NM Bar # 146717 |

United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

| Name of party applicant seeks to appear for: | Plaintiff Jane Doe |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/28/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to practice |
|---|---|
| Dated: 06/26/2020 | Clerk's signature /s/ Jennelle Gonzalez |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: 06/29/2020 _____     *[signature]* Chs R Eshidge I
                                       United States District Judge