United States District Court
Southern District of Texas

**ENTERED**
June 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▾ | Case Number | 4:20-cv-01828 |
|---|---|---|---|---|

| |
|---|
| Jane Doe |

| |
|---|
| *versus* |

| |
|---|
| CoreCivic, Inc., et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel P. Struck<br>Struck Love Bojanowski & Acedo, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, AZ 85226<br>Phone: 480-420-1600 / dstruck@strucklove.com<br>Arizona 012377<br>Arizona 012377 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | CoreCivic, Inc.; CoreCivic of Tennessee, LLC, CoreCivic, TRS, LLC; CoreCivic, LLC; Prison Reality Management, LLC; TransCor America LLC; Robert Lacy; and David Price |

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/24/2020 | Signed: *[signature]* |
|---|---|

| |
|---|
| The state bar reports that the applicant's status is: Active |

| Dated: 06/26/2020 | Clerk's signature   /s/ Jennelle Gonzalez |
|---|---|

### Order

This lawyer is admitted *pro hac vice.*

Dated: 06/29/2020

_____
United States District Judge