United States District Court
Southern District of Texas

**ENTERED**
June 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 20-cv-01828 |
|---|---|---|---|

| Jane Doe |
|---|

| *versus* |
|---|

| CoreCivic, Inc., et al |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ashlee B. Hesman<br>Struck Love Bojanowski & Acedo, PLC<br>3100 West Ray Road, Suite 300<br>Chandler AZ  85226<br>(480) 420-1600<br>Arizona Bar No. 028874 |
|---|---|

| Name of party applicant seeks to appear for: | CoreCivic, Inc.; CoreCivic of Tennessee, LLC, CoreCivic, TRS, LLC; CoreCivic, LLC; Prison Reality Management, LLC; TransCor America LLC; Robert Lacy; and David Price |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   6/24/2020 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|

| Dated: 06/26/2020 | Clerk's signature   /s/ Jennelle Gonzalez |
|---|---|

| **Order** |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 06/29/2020 _____          _____
                                              United States District Judge