United States District Court
Southern District of Texas

**ENTERED**

July 23, 2020

David J. Bradley, Clerk

**IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| Jane Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:20-cv-1828 |
| | ) | |
| CoreCivic, Inc. f/k/a Corrections; | ) | |
| Corporation of America; | ) | |
| CoreCivic of § Tennessee, LLC; | ) | |
| CoreCivic TRS, LLC; CoreCivic, LLC; | ) | |
| Prison Realty Management, LLC; | ) | |
| TransCor America, LLC; | ) | |
| Trinity Services Group, Inc. a/k/a | ) | |
| Trinity Corrections Services, Inc.; | ) | |
| Robert Lacy, Jr.; David Price; | ) | |
| Assailant 1; Assailant 2; Assailant 3; and | ) | |
| the United States of America, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

After considering the Motion to Withdraw Defendant Trinity Services Group, Inc.'s

Unopposed Motion to Dismiss [Doc No. 31], the Court finds that it is well taken and:

**ORDERS** that the Motion to Withdraw Defendant Trinity Services Group, Inc.'s

Unopposed Motion to Dismiss is **GRANTED**.

SO ORDERED.

**SIGNED** on _____July 23_____, 2020, at Houston, Texas.



HON. CHARLES R. ESKRIDGE III
UNITED STATES DISTRICT JUDGE

627683.1