*DRAFT FOR PURPOSES OF CONFERENCE*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Jane Doe | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL CAUSE NO. 4:20-cv-01828 |
| | § | |
| | § | |
| CoreCivic, Inc. f/k/a Corrections | § | JUDGE CHARLES ESKRIDGE |
| Corporation of America; CoreCivic of | § | |
| Tennessee, LLC; CoreCivic TRS, LLC; | § | |
| CoreCivic, LLC; Prison Realty | § | |
| Management, LLC; TransCor America, | § | |
| LLC; Trinity Services Group, Inc. a/k/a | § | |
| Trinity Corrections Services, Inc.; Robert | § | |
| Lacy, Jr.; David Price; Assailant 1; | § | |
| Assailant 2; Assailant 3; and the United | § | |
| States of America | § | |
| | § | |
| Defendants | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

On this date the Court considered Plaintiff's Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiff Jane Doe, ("Plaintiff") against Defendants CoreCivic, Inc. f/k/a Corrections Corporation of America; CoreCivic of Tennessee, LLC; CoreCivic TRS, LLC; CoreCivic, LLC; Prison Realty Management, LLC; TransCor America, LLC; Trinity Services Group, Inc. a/k/a Trinity Corrections Services, Inc.; Robert Lacy, Jr.; David

**ORDER**                                                                    1

Price; Assailant 1; Assailant 2; Assailant 3; and the United States of America ("Defendants"), be, and are hereby, dismissed with prejudice.

The Court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party. It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE to Plaintiff's right to refile same or any part thereof and that each party SHALL BEAR its own fees and cost.

This is intended to be the final judgment finally disposing of all claims that have been asserted in the above-captioned litigation by any party against any other party to the litigation as to which there has not already been a final judgment so that all adjudications of the court are appealable.

IT IS SO ORDERED.

Signed this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

**ORDER** 2