**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JANE DOE, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-01828 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CORECIVIC, INC, *et al,* | § | |
| Defendants. | § | |

### ORDER

Before the Court is an unopposed motion by Plaintiff Jane Doe to voluntarily dismiss this action with prejudice. Dkt 59.

This case concerns allegations of sexual assault. Doe is a citizen of Mexico. She spent three months in the custody of Immigration and Customs Enforcement at its Houston Processing Center. She alleges that on the afternoon of the day she was to be deported back to Mexico, three men separated her and two other detainees from the general population and sexually assaulted them. Doe and the two other women were then deported a few hours after the assault. Doe alleges that she became pregnant as a result and suffered life-threatening medical complications during the pregnancy and birth. Dkt 1 ¶¶ 3–5.

Doe seeks to dismiss her action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). This requires an order on terms deemed proper by the district court. It gives the reviewing court considerable discretion to impose terms and conditions on dismissal that ensure no party will be prejudiced. See Charles Alan Wright & Arthur R Miller, *Federal Practice & Procedure* § 2364 (4th ed).

The nature of the allegations is concerning. And the requested relief evinces irrevocable finality. The Court must

ensure that Doe is knowingly and voluntarily waiving her right to pursue this action before ruling on the pending motion.

Counsel of record to Doe is ORDERED to file an affidavit verifying that counsel has explained to Doe the nature of the requested dismissal and its finality.

Doe is ORDERED to file an affidavit, together with any necessary translation, verifying that she has discussed the requested dismissal with counsel and understands the ramifications and finality of the requested relief.

Both affidavits must be submitted by October 12, 2020. The Court will determine whether a hearing or status conference is necessary after reviewing the nature and quality of the affidavits.

This action is STAYED in all other respects.

SO ORDERED.


Signed on September 21, 2020, at Houston, Texas.


Hon. Charles Eskridge
United States District Judge