UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jane Doe | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL CAUSE NO. 4:20-cv-01828 |
| | § | |
| | § | |
| CoreCivic, Inc. f/k/a Corrections | § | JUDGE CHARLES ESKRIDGE |
| Corporation of America; CoreCivic of | § | |
| Tennessee, LLC; CoreCivic TRS, LLC; | § | |
| CoreCivic, LLC; Prison Realty | § | |
| Management, LLC; TransCor America, | § | |
| LLC; Trinity Services Group, Inc. a/k/a | § | |
| Trinity Corrections Services, Inc.; Robert | § | |
| Lacy, Jr.; David Price; Assailant 1; | § | |
| Assailant 2; Assailant 3; and the United | § | |
| States of America | § | |
| | § | |
| Defendants | § | |

## AFFIDAVIT OF JOSE SANCHEZ

1. My name is Jose Sanchez. I reside in Longview, Texas. I am fully competent to make this affidavit. I have personal knowledge of the following facts set forth in this affidavit. The facts set forth herein are true and correct.
2. I am an attorney licensed to practice before the courts in the State of Texas. I am admitted to practice in the United States District Court, Southern District of Texas.
3. I am the owner of my law firm, Jose Sanchez Law Firm, P.C., in Longview, Texas. I have been practicing law for 19 years.
4. I am designated as one of the attorneys who represents Plaintiff, Jane Doe, in this litigation.
5. I am the only attorney representing this Plaintiff who is fluent in both English and Spanish.
6. On more than one occasion, I have explained to Plaintiff the nature of the requested dismissal and its finality.
7. We have communicated to Plaintiff that if the requested relief is granted by this Court, she will be unable to file this lawsuit or seek compensation for the incidents alleged in the complaint in the future.

8. Without waiving attorney-client privilege beyond the communication ordered to be disclosed by the Court, I verify that the Plaintiff, Jane Doe, communicated to us that she understands the ramifications and the finality of the relief requested and nonetheless requests that this case be dismissed with prejudice.

FURTHER AFFIANT SAITH NOT.

_____
Jose Sanchez, AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE __12__ DAY OF __October__, 2020, TO WHICH WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE.

_____Iris Alejandro_____
NOTARY PUBLIC IN AND FOR STATE OF TEXAS

IRIS E. ALEJANDRO
Notary Public, State of Texas
Comm. Expires 06-07-2022
Notary ID 131597388

My commission expires: __06/07/2022__